# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**RALPH VELEZ,**

        **Plaintiff,**

**v.**                                                  Case No: 6:16-cv-1829-Orl-41DCI

**CREDIT MANAGEMENT, LP,**

        **Defendant.**

## REPORT AND RECOMMENDATION

This matter comes before the undersigned after Plaintiff's failure to appear at the April 24, 2017, show cause hearing.

Plaintiff, through counsel, originally filed this case in state court. Doc. 2. The case was subsequently removed to this Court. Doc. 1. The Court entered a Case Management and Scheduling Order on December 9, 2016. Doc. 13.

On March 27, 2017, Plaintiff's counsel filed an Amended Motion to Withdraw as a Counsel (the Motion). Doc. 17. The Court set a hearing on the Motion for April 10, 2017, and required Plaintiff and counsel for both parties to appear at the hearing in person. Doc. 18.

On April 10, 2017, the Court held the hearing on the Motion. Counsel for both parties appeared at the hearing, but Plaintiff failed to appear at the hearing. Doc. 19. Plaintiff's counsel represented that he informed Plaintiff of the hearing. Plaintiff's counsel also represented that he sought to withdraw due to Plaintiff's lack of cooperation in prosecuting the case.

Following the hearing, the undersigned denied the Motion and entered an Order to Show Cause against Plaintiff. Doc. 20. Specifically, the undersigned ordered Plaintiff to appear in person on April 24, 2017, to show cause why "sanctions, including, but not limited to, dismissal

of this case, should not be imposed against him for failing to appear at the April 10, 2017 hearing." *Id*. at 1-2. The undersigned admonished Plaintiff that if he failed to appear at the hearing, "the Court may dismiss this action for want of prosecution pursuant to Rule 41(b), Federal Rules of Civil Procedure." *Id*. at 2.

The undersigned held a show cause hearing on April 24, 2017. Doc. 21. Counsel for both parties appeared for the hearing, but Plaintiff again failed to appear. *Id*.

The record demonstrates that Plaintiff has essentially abandoned the prosecution of this case. First, Plaintiff's counsel sought leave to withdraw because of Plaintiff's lack of cooperation. Second, Plaintiff failed to appear at the April 10, 2017 hearing. Doc. 19. Third, Plaintiff failed to appear at the April 24, 2017 show cause hearing, and, thus, failed to show cause why he did not appear at the April 10, 2017 hearing. Doc. 21. These failures provide strong evidence that Plaintiff has abandoned the prosecution of this case. The undersigned admonished Plaintiff that failure to appear at the April 24, 2017 show cause hearing may result in the dismissal of this action for want of prosecution. Doc. 20 at 2. The undersigned, in light of the foregoing, finds that the case is due to be dismissed for want of prosecution, pursuant to Rule 41(b), Federal Rules of Civil Procedure.

Accordingly, it is **RECOMMENDED** that:

1. The case be **DISMISSED without prejudice** for want of prosecution; and
2. The Clerk be directed to close the case.

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or

legal conclusion the district judge adopts from the Report and Recommendation.  *See* 11th Cir. R. 3-1.

      Recommended in Orlando, Florida on April 24, 2017.

                            DANIEL C. IRICK
                            UNITES STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy