UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RALPH VELEZ,**

        **Plaintiff,**

**v.**                                              **Case No: 6:16-cv-1829-Orl-41DCI**

**CREDIT MANAGEMENT, LP,**

        **Defendant.**

**ORDER**

THIS CAUSE is before the Court on the Report and Recommendation submitted by United States Magistrate Judge Daniel C. Irick (Doc. 22), in which he recommends that this case be dismissed based on Plaintiff's failure to prosecute.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. This case is **DISMISSED without prejudice** for want of prosecution.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on May 30, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record